THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* LARRY FRENCH, Defendant-Appellant.

(No. 71-222; ■■■■■)

Fifth District—February 5, 1973.

Robert E. Farrell, of Defender Project, of Mt. Vernon, for appellant.

No appearance for the People.

PER CURIAM:

Defendant appeals from the judgment of the circuit court of Edwards County imposing a sentence of three years' probation after a verdict of guilty of the offense of aggravated assault.

Defendant-appellant's briefs were filed nearly three months prior to the court's taking this case under advisement; however, no briefs were filed on behalf of the People and no extensions of time for filing briefs were sought.

■■ Although on many occasions this court has determined that the doing of substantial justice required deciding a case on the merits notwithstanding the lack of briefs by the People, such a determination is an exercise of the discretion of this court. It should not be assumed that this court will, as a matter of course, act as advocate for one party as well as judge. We have determined that judgment should be reversed *pro forma*. *People v. Spinelli*, 83 Ill.App.2d 391, 227 N.E.2d 779; *People v. Keeney*, 96 Ill.App.2d 323. See also *Shinn v. County Board of School Trustees of Marion County*, 130 Ill.App.2d 908, 266 N.E.2d 123.

The decision of the circuit court of Edwards County is reversed.